UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
TEXAS TYLER DIVISION

| | |
|---|---|
| CARMEL CAPITAL, LLC,<br>   Plaintiff<br>v.<br><br>VONNA LYNN CROWLEY,<br>AND SOUTHSIDE BANCSHARES, INC.,<br>D/B/A SOUTHSIDE BANK,<br>   Defendants | §<br>§<br>§  CA No. 6:24-CV-343<br>§<br>§<br>§  JURY TRIAL REQUESTED<br>§<br>§ |

## PLAINTIFF'S FIRST AMENDED DISCLOSURES

Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, Plaintiff Carmel Capital LLC ("CCL" or "Plaintiff") makes these First Amended Disclosures:

(A)   the name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information;

**Randall Brian Harness** *("Harness")*
Harness has knowledge about the creation of the subject photographs; the distribution of the photographs; the registration of the photographs with the US Copyright Office; the market value of the photographs, and dilution and other actual damages caused by the infringements; that Defendants never purchased a license to use any of the photographs they infringed; the date of discovery of Defendants' infringements and the subsequent investigation. He is the sole owner of Carmel Capital, LLC. Harness owned all rights in and to Copyright Registration VAu 683-573 and *entitled "Brian Harness Photography Collection 2005 Vol. IV"* issued by the U.S. Registrar of Copyrights in Washington, D.C. for the photographs deposited with and covered by said certificate registration (Exh. A to the Complaint). Harness has assigned copyrights in the works at issue to CCL (Exh. B to the Complaint). Harness has information and opinions about the metadata within the photographs produced by SSB in discovery, and whether the photographs were digitally manipulated before being placed in the printed 2006 SSB annual report, and about the uploaded versions on the SSB website and the annualreports.com website.

**Carmel Capital, LLC** *("CCL")*
CCL is an LLC engaged in the business of professional photography and which has its principal place of business in Tarrant County, Texas. CCL is a company that holds and markets the works of certain professional photographers, and at all times relevant to this claim, has been and is now the sole owner and proprietor of all right, title and interest in and to the copyrights in the photographs at issue in this case.

**Fitzpatrick Butler Architects, Inc.** ("Fitzpatrick") and several of its employees, identities and locations currently unknown, 110 N. College Avenue, #100, Tyler, TX 75702, is the company that originally hired Brian Harness to create the photographs that Defendants infringed. The photographs that Harness provided Fitzpatrick all had his copyright management information ("CMI") within their metadata, but when digitally infringed by Defendants, the CMI was not there, and of course, when used in the brochures, Harness' CMI was removed because when converted to print, the CMI is removed.

**Several of Fitzpatrick's** employees', agents' and/or servants' identities and locations, currently unknown**.**

**Yvette Wardlaw,** 5253 Altamesa Blvd. Fort Worth, TX 76123 was Fitzpatrick's Marketing Director. She has knowledge of her engagement of Brian Harness to create the infringed works as well as the terms and conditions of the assignment and of the non-exclusive, non-transferable, limited license provided to Fitzpatrick, and that all rights, title and interests the works created and provided remained Harness' property.

**Defendant – SOUTHSIDE BANCSHARES, INC.** ("SSB") is a corporation organized in the State of Texas with its principal place of business at 1201 S. Beckham Avenue, Tyler, Texas 75701. SSB is in the business of banking. Fewer than three years from the date this suit was filed, Plaintiff discovered its works were being used without license or other authorization, on the following URL to advertise, market and/or promote Defendant's business:

**Jeff Eichel of IR Solutions, Inc.,** 14041 NW 8th St., Sunrise, FL 33325 Phone: (954) 838-9625 Fax: (954) 838-9588 has information concerning who authorized the posting of SSB's annual reports, and potentially how many people clicked on SSB's annual reports.

**https://www.annualreports.com/HostedData/AnnualReportArchive/s/NASDAQ_SBSI_2006.pdf**

**SSB also used the works in its 2006 annual report, and (according to sworn testimony of SSB) printed no fewer than 1200, with an unknown number distributed *via* mail or email.**

**Seth Resnick,** professional photographer and teacher, of 15269 79th Terrace N, Palm Beach Gardens, FL 33418; Phone: (617) 842-5103. Mr. Resnick has information and opinions about the metadata found within the relevant photographs produced by SSB to Plaintiff. Mr. Resnick's CV, and report have been contemporaneously provided. Mr. Resnick has not testified over the previous four (4) years.

  **Attorney for Plaintiff**
  Dana Andrew LeJune
  TXBN:  12188250
  (713) 942-9898

Mr. LeJune has knowledge about the reasonable and necessary Lodestar attorney's fees and costs of litigation for the Plaintiff.

**Other Parties**
Plaintiff incorporates herein by reference any person or entities disclosed by the other parties to this case. Plaintiff reserves the right to supplement this disclosure as additional information is discovered.

(B) A copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularity in the pleadings;

Description by category and location:

- **Subject Photographs:** Please see the photographs infringed by Defendants, attached to Plaintiff's Complaint as Exhibit B, and as produced by Defendants.
-
- **Copyright Registration documents:** Please see the Certificate of Copyright Registration for the Subject Photograph, attached to Plaintiff's Complaint as Exhibit A. Plaintiff reserves the right to supplement this disclosure.

- **Terms and Conditions:** Please see the "Terms and Conditions" attached to Plaintiff's Complaint as Exhibit C.

- **Assignment:** Please see the Assignment between Harness and CCL attached to the Plaintiff's Complaint as Exhibit D.

- **Correspondence:** There is correspondence, including email, notes of telephone calls, and facsimiles, by and between Plaintiff and Defendant, and subsequently between Plaintiff's Counsel and Defendants' Counsel, such are in the possession of Plaintiff and Defendants.

- **Printed Annual Report & Internet:** Defendants used the protected works in their 2006 printed annual report, and displayed it here: https://www.annualreports.com/HostedData/AnnualReportArchive/s/NASDAQ_SBSI_2006.pdf, and the said undistributed annual reports are in the possession of Plaintiff and Defendant. Defendants may also have displayed the protected works in advertisements such as brochures, flyers, and/or magazines. Plaintiff reserves the right to supplement this disclosure.

- **Licenses:** Licenses paid for by Fitzpatrick are in the possession of Defendants. The absence of licenses purchased by Defendants for the *currently- appreciated* images that infringe Plaintiff's copyrights. Plaintiff reserves the right to supplement this disclosure.

- **Communications:** Communications, including email, notes of telephone calls, and facsimiles, between Defendants and their web designer and/or other individuals or entities regarding the subject photograph are within the possession of Defendants.

(C)  A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered;

**Lost licensing revenue:**
Until the nature, extent and duration of Defendants' infringements are fully appreciated, it is impossible to determine actual damages. However, a one-year, nonexclusive, worldwide license to use Plaintiff's original copyright-protected photographs can range from $750 - $4,500 per photograph.

**Digital Millennium Copyright Act ("DMCA") Penalties:**
DMCA penalties are significant. Each iteration of the 1200, 2006 printed annual reports of SSB displayed five (5) of Plaintiff's protected photographs, each without attribution and each having their digital copyright management information removed. Although as yet SSB has been unable to quantify the number of the printed annual reports that it distributed, the fact that there "may be a handful" (in Defendant's words) in a storage facility is circumstantial evidence that as many as 1195 of the printed annual reports were distributed. Because SSB or whoever produced its 2006 annual report must have known that printing digital photographs in an annual report would necessarily remove all metadata, including the author of the photographs, if the jury awards just the minimum $2,500 penalty for each of SSB's violations of the DMCA, the penalties would total $3,000,000 for the removals by print, and $2,987,500 for just the distribution of the printed versions. While we don't yet know how many "click-throughs" of SSB's 2006 Annual Report on www.annualreports.com occurred, IR Solutions may produce digital records of those, as well as the agreements between IR Solutions and SSB.

**Statutory Damages:**
Statutory damages between $750 and $150,000 per work infringed.

(D)  For inspection and copying as under Rule 34, any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment. **Plaintiff looks forward to the production of each and every one of Defendants' policies during the last 10 years.**

Dated: August 15 2025                    **LEJUNE LAW FIRM**

                              By:    *s/Dana A. LeJune*
                                     Dana A. LeJune
                                     TX Bar: 12188250
                                     email: dlejune@triallawyers.net
                                     7 Orchard Street, Suite 200
                                     Asheville, NC 28801
                                     Counsel for Plaintiff, Carmel Capital, LLC

4

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 15th day of August, 2025, the undersigned provided Carmel Capital, LLC's First Amended Disclosures using electronic mail as follows:

Christopher Norcross
cnorcross@grsm.com
Craig J. Mariam
cmariam@grsm.com
Alison Pringle
apringle@grsm.com

                                              /s/ Dana A. LeJune
                                              Dana A. LeJune