UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
TEXAS TYLER DIVISION

| | |
|---|---|
| CARMEL CAPITAL, LLC, § <br>    Plaintiff § <br> v. § <br> § <br> VONNA LYNN CROWLEY, § <br> AND SOUTHSIDE BANCSHARES, INC., § <br> D/B/A SOUTHSIDE BANK, § <br>    Defendants § | CA No. 6:24-CV-343 <br><br> JURY TRIAL REQUESTED |

### PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES

Pursuant to Federal Rule of Civil Procedure 26(a)(2) and Local Rule CV-26(b)., Plaintiff Carmel Capital LLC ("CCL" or "Plaintiff") makes these expert designations:

**Seth Resnick,** professional photographer and teacher; 15269 79th Terrace N, Palm Beach Gardens, FL 33418; Phone: (617) 842-5103. Mr. Resnick has information and opinions about the metadata found within the relevant photographs produced by SSB to Plaintiff. Mr. Resnick's CV, and report have been contemporaneously provided. Mr. Resnick has not testified over the previous four (4) years.

**Attorney for Plaintiff** Dana Andrew LeJune TXBN: 12188250; addresses & telephone below.

Mr. LeJune has knowledge of the reasonable and necessary Lodestar attorney's fees and costs of litigation for the Plaintiff. Mr. LeJune's CV has been provided to Defense Counsel. Mr. LeJune and his office staff's time expended in the litigation of this matter will be supplemented later, when the totality of costs have been incurred.

Dated: August 15, 2025,   **LEJUNE LAW FIRM**

                               By:    *s/Dana A. LeJune*
                                         Dana A. LeJune
                                         TX Bar: 12188250
                                         email: dlejune@triallawyers.net
                                         7 Orchard Street, Suite 200
                                         Asheville, NC 28801
                                         Counsel for Plaintiff,
                                         Carmel Capital, LLC

2

## CERTIFICATE OF SERVICE

      I hereby certify that on the 15th day of August 2025, the undersigned provided Carmel Capital, LLC's Expert Disclosures using electronic mail as follows:

Christopher Norcross
cnorcross@grsm.com
Craig J. Mariam
cmariam@grsm.com
Alison Pringle
apringle@grsm.com

                                                /s/ Dana A. LeJune
                                                Dana A. LeJune