

# SETH RESNICK CURRICULUM VITAE

Step into the captivating world of visual storytelling with Seth Resnick, a masterful photographer whose lens reveals the extraordinary in the ordinary. With an unparalleled eye for detail and a passion for capturing the essence of the moment, Seth's work transcends the boundaries of traditional photography. Through his lens, the world is transformed into a symphony of colors, textures, and emotions, inviting viewers to explore the depths of their imagination. Each image is a testament to Seth's unwavering dedication to his craft and his relentless pursuit of perfection. From sweeping landscapes to intimate portraits, Seth's portfolio is a testament to his creative genius and his ability to evoke powerful emotions through his work. His photographs are not just images; they are windows into other worlds, inviting you to experience the beauty and wonder that surrounds us every day.

Renowned as a trailblazing Master Photographer, Seth Resnick has etched an indelible mark on the landscape of contemporary photography through a dynamic career that spans the realms of education, fine art, editorial, stock, and commercial photography. His creative genius and entrepreneurial spirit have not only dazzled audiences with stunning visual narratives captured in both natural and crafted light but have also empowered and inspired a generation of photographers through his groundbreaking contributions to digital workflow training. Recognized by a leading trade magazine as one of the 30 most influential photographers of the decade, Seth's work graces the pages of the world's most prestigious publications, boasting an impressive portfolio of over 2500 publications worldwide. With a

clientele that reads like a "Who's Who" of Corporate America, Seth Resnick stands at the forefront of photographic innovation.

He is co-founder of D-65, an organization teaching digital workflow workshops, webinars, one-on-one training, tech support, and consulting for photographers, studios, agencies, and corporate art departments. Resnick is also a co-founder of Digital Photo Destinations, an organization that combines exotic world travel with photographic education. As a digital innovation consultant, Resnick works with Adobe, Nikon, X-rite, Epson, NEC, and others to help them formulate more useful products for photographers. Resnick was one of 50 Master Photographers worldwide first named as a Canon "Explorer of Light." He is a member of the prestigious X-rite Colorati program as well as an Alpha/Beta and feature consultant for Adobe Photoshop and Lightroom and the Ilford Masters Program . He was named to the Executive  Board of ASCRL in March 2023.

He travels extensively presenting the various aspects of photography, and was the Founding President of Editorial Photographers, a trade organization dedicated to the promotion of sound business practices for editorial photography. Seth is also a partner of PixelGenius, which is developing Photoshop plug-ins and software for Adobe.

Resnick is a  contributing photographer to Conde Nast Traveller and a columnist for a variety of trade publications. He has given hundreds of lectures to industry organizations such as American Society of Media Photographers (ASMP), Advertising Photographers of America (APA), Professional Photographers of America (PPA), Advertising Photographers of New York (APNY), and various colleges and universities.

Seth Resnick is as an industry consultant to photo agencies, software companies and is frequently quoted by industry magazines.

WORKSHOP PHILOSPHY

Our workshops are post-doctorate fellowships in photography.  When somebody said to Ansel Adams that there are no people in his photos, he replied, "There are two people in the photograph, the photographer and the

viewer." Our workshops concentrate on developing the photographer. Our task is to get you in touch with yourself, so you can elevate your photography to a higher level. We use a series of exercises that we have developed to help you unlock your creativity and advance your photography. If you are open and flexible you will see amazing growth in a short time. Our workshop participants have varied approaches to their photography, and we have discovered that our workshops deepen each workshop participant's work. Please join us as we take your to another level.

VISION STATEMENT CONDENSED

I am not a landscape photographer. I am not a wildlife photographer.
I am not a people photographer. Yet all of these genre can fit into my repertoire of images.
I photograph things that are invisible to most people.
I feel a magnetic connection I sense between myself and my subject. My camera becomes an extension of my mind , allowing me to journey into a very personal energy field from each subject, breaking boundaries and opening doors. The experience elicits a sacred feeling suspending time and capturing energy.
I love environments that are otherworldly and surreal where I can explore conscious and subconscious energy and a fantasy I see in nature.
Through the use of metaphor  my vision explores feelings of sensuality and illusion, but at the same time emphasizes our fragile environment, instilling a sense of responsibility to preserve it from further destruction.

VISION STATEMENT FULL

My photographs are a journey into the personal energy of each subject. As a journalist I started out photographing people and it was difficult for me to understand why landscape became so important in my work, especially when so many times there are indeed no people. Ironically my vision statement used to say that my photographs are about breaking personal space, but I learned it wasn't so much about breaking personal space as it was capturing energy. When I was able to realize that, it was very easy for

me to see a rock or a sand dune in the same way that I saw people and that journeying into that energy is really what I find so attractive.
The camera is a bridge to the energy I feel from the subject. I don't want to displace that energy, but rather try to capture that very energy I feel in the moment. Hopefully the photograph can elicit that same sensation in others. A camera freezes time, but I like to think that moment isn't frozen at all but very much alive, almost akin to suspended animation.

I don't select objects or themes. Rather, I let my subjects lead me. I love writing down parts of dreams or free-association thoughts in the night and then going out to try to capture those thoughts and feelings. One reoccurring theme that enters into my work time and time again is optical illusion. I was a big fan of M.C. Escher as a kid and continually find that influence in my work.  I love when your mind can take something as concrete as a photograph and transform it so many ways. I am also very attracted to layers and compacted space that create a certain sensuality in nature. I realize I am exploring the fantasy of nature

Even in places that are less obviously beautiful, I try to find a deeper beauty that is filled with metaphor. In the Namibian desert I found a simple salt deposit at the bottom of a sand dune. To me, though, it was much more than a sand dune. I call the photograph the Cerebral Desert because the patterns of the salt are a metaphor for a living brain. This is one of the driest and most hostile deserts on Earth, where daytime temperatures seemingly prohibit life, and yet one can envision a brain with a heart pumping blood through its very core.

I feel that my photographs become a metaphor for life. For example I shot some old horseshoes on a windowsill in a small pueblo outside of Puerto Vallarta, Mexico. I'm sure folks walked by them everyday and hardly noticed them. When I saw them, though, I felt a sense of energy that was representative of the vibrancy of the barrio. Here was a community that to the naked eye seems extremely poor and depressed, but there is a strong sense of community and family richness. The bright yellow wall contrasting the horseshoes helped to portray the vitality that I felt in this environment.

I hope that viewers can use my photographs to open up their own imaginations. People often ask me if my photographs are real. I love that the images seem to be from another world and thus can't be believed. But I capture what is really there to be captured. I try to capture what my mind's eye sees and feels.

STYLE STATEMENT

My style typically incorporates graphic boundaries in a very compacted space filling the frame. I love to use layers and both straight and curved lines travel through that space deeply exploring the energy I feel from within that space and creating a sense of depth. I am interested in both the tension and solitude that exists within the frame. I use light, texture and bold primary colors to photograph the energy that I feel from the personal experience with my subject. I love to get in tight and enjoy both high telephoto and extreme wide angle to help create optical illusions which are important to me in the exploration of  fantasy in nature.

I strive to allow my style to accentuate feelings of sensuality and create illusions but at the same time emphasize our fragile environment and instill a sense of responsibility to preserve it from further destruction.

People ask me all the time what kind of photographer are you? They would typically like me to say I am a landscape photographer. Being labeled as a landscape photographer sends a shiver down my spine. I am not a landscape photographer. I am not a wildlife photographer. I am not a people photographer. Yet all of these genre can fit into my repertoire of images. I photograph something that is invisible to many folks. I capture and render the energy that I feel between my self and my subject. My images are an exploration of conscious and subconscious energy.

RECENT PROJECT

"THE DAILY MUSINGS" In the enchanting moments preceding daybreak, when the Earth is draped in a shimmering silver glow, and the stars twinkle softly above, I settle in to capture the fleeting whispers of the night.

Thus commences the ever-evolving series of "The Daily Musings," a collection of, poignant insights, and soul-stirring reflections. The Daily Musings now up to  Volume 4" transcends mere imagery; it is a profound contemplation of existence itself, a gentle nudge to pause, ponder, and unearth significance in the simple moments that fill our lives. As readers delve into my visual sonnets, they are beckoned to perceive the world through my lens and unearth the extraordinary within the seemingly ordinary. These pages hold the echoes of forgotten memories, the whispers of unspoken desires, and the maps to uncharted journeys. Each word is a gateway into the labyrinth of self-discovery, where reality merges with fantasy and the ordinary blossoms into the extraordinary, inviting you to embark on a journey of introspection and self-discovery.

PROFESSIONAL

Staff Photographer Syracuse Newspapers 1979-1984.
Freelance for The New York Times 1980-1984.
Freelance Location Photography Boston 1984-2004.
Co-Founder D65 llc 2004-2020 Miami - Partner Pixel Genius LLC- Chicago
Co-Founder Digital Photo Destinations - Palm Beach Gardens, Fl 2005-Present
Freelance World Location Photography - 2005-Present
ASCRL - American Society for Collective Rights Licensing- 2023- Present- Board of Directors


EDUCATION

Bachelor of Science degree in Photojournalism from the Newhouse School of Public Communications at Syracuse University in May of 1979.

SOLO & TWO-PERSON EXHIBITIONS

  • 2024 Blue Raven Gallery — Rockland, Maine
  • 2023 Converstations with Nature, Sohn Fine Art Gallery, Spruce Peak, Stowe Vermont

6

- 2017 Two Visions One World: Seth Resnick & Dede Pickering, the Gallery at Center for Creative Education. West Palm Beach Fl.
- 2017 Rotella Gallery, Bellevue, Washington & New York, NY
- 2016 Earth Dialog: Seth Resnick & Peter Bremmers, Sohn Fine Art, Lenox Ma & Schantz Galleries, Stockbridge, Ma
- 2014  Seth Resnick 160,000 Miles of Color, Sohn Fine Art Gallery, Lenox Ma
- 2014 Master Art Series: Seth Resnick, Sohn Fine Art Gallery, Stockbridge, Ma
- 2013 Seth Resnick 160,000 Miles of Color, Gallery 2014 Hollywood, Fl
- 2013 Featured Artist, The Tech Awards Gala, Santa Clara, CA
- 2011 The View Project, Naples Museum of Art, Fl
- 2009 The Vanishing Continent: Antarctica, Glimmer Gallery, New York, NY
- 2009 The Vanishing Continent, The Gallery at Inlet End of East Lake Drive, Montauk, NY
- 2009 Canon Australia- 50 Year Celebration of Canon
- 2002 Canon USA- Javits Center, New York
- 2001 Photo East- Javits Center, New York
- 2000 Photo East- Javits Center- New York

GROUP EXHIBITIONS

- 2020 Futurity, Sohn Fine Art, Lenox, Ma
- 2019 Icing on the Cake, Sohn Fine Art, Lenox, Ma
- 2018 Tides and Falls, Sohn Fine Art, Lenox, Ma
- 2015 Abstrakt, Sohn Fine Art, Lenox, Ma
- 2014 Selected Works, Sohn Fine Art, Lenox Ma
- 2010 Naples Museum of Art

SELECTED AWARDS, AFFILIATIONS AND JUDGE APPOINTMENTS

- Board of Directors ASCRL
- Calibrite Ambassador
- International awards in photography
- Canon Explorer of Light
- X-Rite Colorant Master

- Ilford Masters Program
- Editorial Photographers, Founding President
- National Press Photographers Association
- The Royal Photographic Society of London
- President District 13 Condominium Association, Boston
- President 5660 Condominium Association, Miami
- Associated Press
- United Press International
- Syracuse Press Association
- Communications Arts
- International Design Competition
- Photography Annual
- ASMP Big Picture Show
- Gold ASBPE Award of Excellence for writing
- Nominated for the Photoshop Hall of Fame National Association of Photoshop Professionals
- The Photoshop Lightroom Workbook Workflow Not Workslow published by Focal Press
- Where the #%*! Are My Pictures —  DVD
- X-Rite Using the Colorchecker Passport — Online video
- D65's Lightroom 4 Workbook
- Chosend by Photo District News as one of the 30 most influential photographers of the decade, January 2010
- D65's Lightroom Workbook, Workflow Not Workslow in Lightroom 3 June 2010
- Artistic Wedding Photojournalism Judge 2009- 2011
- OnONe University Pro Webinar Series 2011
- Judge for the WPJA- 2008-Present
- Judge for Darkroom Gallery Show- 2013
- D65's Lightroom 5 Workbook
- Conde Nast Contributing Photographer

STOCK PHOTOGRAPHY
Seth's work may be licensed directly or through SuperStock:
- SuperStock

WEB SITES
- D65
- sethresnick.com
- PixelGenius
- Digital Photo Destinations

RESNICK IN THE MEDIA

- AdobeAdobe Customer Stories:

Adobe.com 2003
Adobe.com 2004
Adobe.com 2005
Adobe.com 2006
Adobe.com 2007
Adobe Unveils Lightroom and delivers New Technology for Digital Photography Workflows, January 9, 2006
Lightroom News Launches,February 4, 2007 Lightroom is Here,February 18, 2007 Adobe Connect "Online Party" for nearly 500 Lightroom Beta Testters,February 18, 2007
Adobe Podcast Jay Maisel, Seth Resnick and Greg Gorman October 16,2007
Adobe Podcast Greg Gorman Workshop December 2008
D65 Lightroom 3 Workshops and Lightroom 3 Book June 7, 2010
- American Journalism Review: Photographers Find Strength in Numbers, March 2000 page 12 & 13
- American Society of Media Photographers:
WEP Breakthrough, Major Industry Change: new Business Week deal April 2000 page 20 & 21.
Embracing It: Jay Maisel on doing it digitally October 2002 page 22- 25, Stock Industry Overview, June 3, 2009
Questions With a Pro, November 11, 2016
- ASPP American Society of Picture Professionals: Stock Photography Basics and Steps and Issues Regarding Electronic Stock Photography
- Big Picture Magazine:
Raw Workflow, February 2005
Copyright, March 2005
File Naming, April 2005

MetaData, May 2005

The Decisive Moment, June 2005

Exposing for Digital, July 2005

Dust Bunnies for Digital, August 2005

ProPhoto Color Space, September 2005

Digital Noise, October 2005

Sharpening for Digital, November 2005

Monitor Calibration, December, 2005

The business of Digital, January 2006

Antarctica Capturing Images in the Cold, February 2006

Making Photoshop Fly, March 2006

Interpolation, April 2006

Expanding Dynamic Range, May 2006

Photographic Exercises, June 2006

Picking a Camera Bag, July 2006

D-65 Teaching Adobe Photoshop Lightroom, April 2008

At the bottom of the World, March 25, 2010

  • B&H Insights: Shooting the volcano with Seth Resnick , July 6,2010

B&H Insights: Printing with Lightroom — Part I, by Seth Resnick of D65 , March 8,2011

B&H Insights: Printing with Lightroom — Part 2, by Seth Resnick of D65 , March 10,2011

B&H Insights: Printing with Lightroom — Part 3, by Seth Resnick of D65 , March 11,2011

B&H Insights: Printing with Lightroom — Part 4, by Seth Resnick of D65 , March 15,2011

B&H Insights: Creating Sketches in the Field, 2015

B&H Insights: The Travel Series: Traveling, Learning, Influenced, Inspired with Seth Resnick and John Paul Caponigro, July 11,2013B&H Insights: The Travel Series: The Benefits of Making Virtual Contact Sheets, 2015B&H Insights: Photography Features: Why I switched from Canon to Nikon, February,2017

  • Blurberati: Interview with Photographer Seth Resnick, Dec 16,2009

Blurberati: 10 Not -To-Forget Items on a Photo Shoot, July 10,2010

  • Canon Flash Work: Works by 7 Photographers April 1999 page 42 & 43

  • WFAE 90.7 FM NPR: Charlotte Talks with Mike Collins 7/24/03

- CNN & CNNfn Interview: An interview about consolidation in the stock market, Choose August 4th, section 1, Date, August 4, 2000
- Commercial Industrial Photographers of New England: Marketing with Web Guru Seth Resnick June 2000, page 6-7
- Communication Arts: The State of Stock Photography, Photography Annual 2001 page 222
- Editorial Photographers Annual 2001: pages 240-242
- Digital Photographer Magazine: EXPOSURE Breaking The Code, June 2003 Pages 94-95
- Digital Photo Pro:

Going with the Flow by Jay Maisel September/October 2003 Pages 65
No More Workslow January 2004
Great Photographs and Where you Find Them March/April 2004 page 58-65
Efficient Workflow, May/June 2005
Jay Maisel Going With The Flow
Become a Location Master, July/August 2006
Metadata and Lightroom,  July /August 2009
Get In SyncJuly/August 2007
Workshops For The Pros

- Foto Norway Magazine: Seth Resnick Get The Picture
- Fusevisual: Seth Resnick , July 2014
- Inc. Magazine: Seth Resnick's Digital Business Card
- Industry Standard:

U.S. Eyes Bill Gates' Photo Collection UPDATE A photographer adds the Gates-owned Corbis agency to a suit alleging illegal use of his images. July 28, 2000
Inside Justice Dept. Questions Photographer About Stock Photo Market Consolidation, July 19, 2000

- Internet World: A Blurry Picture Though their legal rights online are unclear, photographers are being lured to the Web
- Ilford: Ilford Master Seth Resnick
- Kodak Pro View:All The Right Stuff, A focus on photography and copyright issues,Spring 2000 page 2
- MacWeek: Guest Editorial Seth Resnick, Through a photographer's lens, 5/6/96 page 28

• National Press Photographers Association News Photographer Magazine: Database search, February 2005,  page 15

• New Yorker Magazine: Canon Ad, May 28, 2012,

• New Yorker Magazine: Canon Ad, p 15-18, June 10, 2013,

• New Yorker Magazine: Canon Ad, November 25 Technology Issue, 10/22/2013,

• OnOne University Pro Webinar Series: Taking Your Image Workflow To The Stratosphere with Seth Resnick January, 2011

OnOne University Pro Webinar Series: Make Image Printing A Breeze using Perfect Resize & Adobe Lightroom with Seth Resnick February, 2011

OnOne University Pro Webinar Series:Using Keywords, Metadata & Smart Collections in Lightroom 3 with Seth Resnick March, 2011

OnOne University Pro Webinar Series: Exploring the Lightroom Develop Module with Seth Resnick April, 2011OnOne University Pro Webinar Series: Perfect Layers All-Star Week with Seth Resnick April, 2011

OnOne University Pro Webinar Series: Creating Custom Presets For Lightroom with Seth Resnick May, 2011

• Palm Beach Daily News Palm Beach Photographer, mentor take viewers to imperiled places2017

• Photographers Personal: March 1997, pages 15-17

• Photojournalism MGR: A Freelancer's life for me, March, 2000, page 1-3

• Petersen's Photographic: Seth Resnick and the Canon EOS-3- April 1999 pages 76, 77

• Photopreneur: April 16, 2007 Seth Resnick — Professional Photographer and Digital Guru

• Photo District News:

Seth Resnick's Digitized Portfolio 4/94 page 176

Online Photo Credit Search 9/94 page 34,

Internet Photography 2/96 page 22

Stock on the Web 2/96 page 46

Cyberspace and Politics 12/96 page 50

Steps to Unionize Freelancers 2/99 page 18

Grass Roots Effort Exploring Agency Plan Raises Day Rate -Again PDN Online 1999,

Internet Search Engines Face Infringement Claims PDN Online 1999

The PDN Guide To Insurance PDN Online 1999

Photo Insider: Learning to Love the Internet- April 1999 page 11

Licensing for Web Use 6/99 pages 26-33

Business Week Makes Concessions 9/99 pages 32

Reflections from PhotoPlus Expo West 9/99 pages 40-42

Bean Counting 101 for Photographers 12/99 pages 22-26

Business Week Raises Day Rate Again 1/2000 page 14

Collective Action: When it works, When it Doesn't 1/2000 page 34 -35

Selling Stock Direct on the Web 1/2000 pages 40-42

Business Week to Double Rates 5/2000 page 17

PDN Guide to Insurance PDN Online

Business Week Deal Shakes Up Industry , 7/2000 page 22

DOJ Inquiring About Stock Agency Consolidation 8/2000

Photo Electronic Imaging: PEI Seth Resnick — August 2000

Photo Stock Notes: Can You Protect Your Web Photos? August 2000 page 1

Contracts Watch Betrayal in Boston, 11/2000 page 14

Contracts Watch ASMP To Recommend Editorial Day Rate, 12/2000 page 14

Don Abood , 12/2000 page 18

The Year That Was, Business Week, 1/2001 page 40

EP Unveils Assignment Estimator  2/2001 page 16 & p 24

Education On Sight 3/2001 inside back cover

Copyright in the New Millenium

ASMP, EP Agree on Fee Estimator 4/2001 page 22

Photographers Protest Newsweek's $400 Day Rate 5/2001 page 1

How A Rights Clearinghouse Could Work For Photographers 5/2001 pages 34-43

Photo-J News, May 23, 2001

Business Week Reneges On Part Of Deal 7/2001 page 12

Forbes Contributors Protest Rates 7/2001 pages 12-14

Photographer's fight back June 1, 2001, page 1

Are Photographer Day Rates Going Backwards, July1, 2001 page 2

In Memoriam: Bill Bigert, 53, September, 15, 2001

EP Leaders Sue CCC for Rip-Off 11/2001 page 14

Camera Support For Photographers On Scene, September 14, 2001

Trade Groups Start WTC Victims' Relief Fund 11/2001 page 18

EP Distributes Relief Fund November 28, 2001 page 20

Forbes Contributors Protest, June 20, 2001

Overheard, November 14, 2001

Photo-J NEWS Forbes Boosts Freelancer Rates 01/2002 page 14,

Photographer Outcry Over The New York Times' Fee Cut, February 20, 2002

Subsidies Wanted: New York Times Cuts Fees 04/2002 page 12

Photogs Send Protest Letter to Times 05/2002 page 12

The Power of Photography: September 11 Charities 09/2002 page 15People On The Move: Changes at TV Guide, Getty and EP, February 19. 2004Charging for Digital Services, June 22,2004

- Lessons Learned, September 2, 2006
- Federal Court Dismesses Infringement Claim Against Reprint Rights, March 29, 2006
- What Does it Cost to set up a Digital Studio, March 1 2007
- Culled Storage: In Search of Liberal Media Storage, October 11, 2007Digital Confusion, January 3, 2008

X-Rite Announces ColorChecker Passport Device for Portable Color, September 15, 2009

The 30 Most Influential Photographers of The Decade, January 19, 2010

- Photoshop Insider: Nov 7, 2012 Keywording
- Professional Photographer: Anatomy of the digital Workflow – March 2003 pages 50-54
- Professional Photographers of America: June, 2013 Creativity
- Picture Magazine: The Wisdom of the Greats – July/ August 2002 pages 36-39
- Popular Photography Magazine: Canon Ad- June 2013
- Popular Photography June 2013, Behind the scenes Behind the scenes
- The Commercial Photographer: March 7, 2009 More Thoughts from Seth Resnicks D65 Workshop
- Rangefinder Magazine: August, 2013 Travel Workshops
- Shakodo: Dec 27, 2010 Seth Resnick: The State of Business for the Digital Photographer Preparing For 2011

Shakodo: Jan 3, 2011 Seth Resnick: Copyright – Defined and ExplainedShakodo: March 7, 2011 A dialog with Seth Resnick, photographer, industry expert, consultant and price advisor.

- Shutterbug

Web Wandering , January 1998 pages 52-58

14

Staying on Top of The Technology With Seth Resnick, April 2000 pages 124, 125

Back it UP: How four pros preserve their images, June 2007 pages 74-77

D-65 Seminars & Your Digital Workflow

   • Skip Cohen University: March 7, 2011 Seth Resnick.

Syracuse.Com: March 7, 2011 Internationally acclaimed photographer Seth Resnick to lecture on creativity.

   • Siberian Photo Club April 2022 https://www.youtube.com/watch?v=tduZ7C6uMzY&t=95s

Tog Tech: 15 of the Worlds Top PHotographers Reveal Their Favorite Gear.

   • Wall Street Journal: Photographers Boycott Glossies Over Web Rights-May 11, 2001, page B1

   • x-rite photo blog Seth Resnick and D65 March, 2011

   • x-rite Webinar Webinar Archive: When you Travel, Bring your Passport! with Seth ResnickMarch, 2011

   • x-rite

Color Talk with Seth Resnick and 160,000 Miles of Color December 2013,

   • x-rite Creating Sketches in the Field and Morocco by Seth Resnick June 2014,

   • x-rite Antarctica: Two Visions By Seth Resnick and John Paul Caponigro August 2014,

   • x-rite PRODUCING A BODY OF WORK by X-Rite Coloratti Master Seth Resnick Feb 2015,

   • Zing World: Zing.com Justice Dept. Questions Photographer About Stock Photo Market Consolidation, July 19, 2000

LECTURE HISTORY 1995-PRESENT

   • D-65 Digital Workshops: Led over 100 digital workflow workshops throughout the United States from 2002-present sponsored by Adobe, X-Rite, LowePro, NEC,Epson and B&H

   • ASMP New England 1995

   • ASPP New England An evening with Seth Resnick, photographer and super-entrepreneur at marketing & transmitting photos via the Internet October 26, 1995

   • ASMP Biennial '96 Program The 1996 ASMP Biennial Conference Program and Speakers: Speakers: Pete Turner. Jodi Cobb. Lou Jones. Matt Herron. James Cook. Seth Resnick.

- ASMP — Long Island, New York "How to Make the Internet Work for You" A seminar presented by Boston ASMP photographer Seth Resnick January 27, 1996
- ASMP Midwest Reinventing the Photographer March 30 & 31 1996
- Seybold- New York Is Your Photo Future on Line: Speaker Seth Resnick
- Houston ASMP, Dallas ASMP Business Seminar and Internet Workshop September 19, & 20 1997
- ASMP Tennessee December 5 &6 1997
- Professional Photographers of America Digital Imaging Conference Las Vegas — January 9-11 1998
- Palm Beach Photographic Workshop Jan 27-31 1998, July 1998, Oct 1998
- Commercial & Industrial Photographers of New England April 24, 1998, Sturbridge, MA
- New Hampshire Press Photographers Association Annual Meeting April 26, 1998,
- ASMP Mid America- Kansas City May 18, 1998,
- National Press Photographers Association National Convention Burlington, Vermont, June 20, 1998,
- Professional Photographers of America National Convention New Orleans, August 5, 1998
- ASMP SouthEast Atlanta — August 28, 29, 1998,
- ASMP New England Boston — September 15, 1998
- ASMP Ohio Valley Indianapolis — September 18, 19, 1998,
- New Hampshire Creative Club Manchester, N.H. — September 23, 1998
- Syracuse University Newhouse School of Public Communications, Syracuse, N.Y, October 27, 1998
- Philadelphia ASMP Community College Philadelphia , November 13 & 14 1998
- PPA Rhode Island Convention Crowne Royal Plaza, Warwick, R.I. Sunday January 17, 1999 3:15-5:45
- New England School of Photography (NESOP) Friday January 22, 1999
- ASMP Connecticut Tuesday January 26, 1999, Ramada Plaza Hotel Meriden, Ct.
- ASMP Washington, D.C. February 6, 1999
- New England School of Photography (NESOP) February 15, 1999

- ASMP Central Florida Orlando February 26th & 27th, 1999
- Vermont Photographers Association March 14, 1999, Ascutney Mountain Resort, Brownsville, VT.
- Virginia PPA Convention March 16, 1999
- ASMP Baltimore March 20, 1999
- ASMP Michigan March 26,& 27th 1999
- ASMP New York April 7, 1999
- ASMP PhotoPro, Washington, D.C. May 25, 1999
- PhotoPlus West 99 Los Angeles, CA. June 17, June 18 1999
- NPPA National Convention Denver, July 3,1999
- ASMP Western Retreat Colorado, August 27, 1999
- Western Kentucky University, Kentucky. September 23,1999
- ASMP Northern California, San Francisco. October 5,1999
- ASMP OHIO Cleveland, Ohio. October15, 16 1999
- ASMP Chicago, Chicago. October 22, 23 1999
- PhotoPlus Expo East New York, New York. October 28, 29, 30 1999
- ASMP South Carolina Beaufort, S.C November 12 & 13, 1999
- ASMP Minneapolis, Minneapolis. November 20, 1999
- RIT and Western NY ASMP Rochester. December 1 & 2, 1999
- Editorial Photographers (EP) Boston ASMP. January 18, 2000
- ASMP Arizona; Phoenix. February 11 & 12, 2000
- ASMP San Diego. March 3, 2000
- ASMP, APA, EP, PPA Los Angeles, March 4, 2000
- ASMP Utah Mountains Salt Lake City. March 10 and 11, 2000
- ASMP Seattle March 17, 2000
- ASMP Portland March 18, 2000
- ASMP Albuquerque, NM. March 24, 2000
- ASMP Central Virginia. April 8,  2000
- ASMP Dallas. May 5, 2000
- ASMP Houston. May 6, 2000
- Contact Toronto's Annual Photography Festival. May 17, 2000
- ASMP New Orleans. May 20, 2000
- ASMP New Jersey June 3, 2000
- PhotoWest June 15 — June 17, 2000
- Sante Fe Workshops, NM. June 25 — July 1 , 2000
- Brand Era Online Lecture, July 20, 2000

- PPA USA Imaging Convention, Las Vegas, NV. July 29, 2000
- ASMP Southern Florida, Ft Lauderdale Hilton .
- September 9, 2000 ASMP Michigan, University of Michigan, Ann Arbor, MI
- October 28, 2000 New England School of Photography
- October 30, 2000 PhotoEast Plus, New York
- November 2-5, 2000 PPA Western Convention, Pasadena CA.
- January 24, 2001 ASMP Kansas City February 23 & 24th
- Copyright Law in the New Millennium New York, New York Fashion Institute of Technology March 22, 2001
- Triangle Photographer Association Pittsburgh, PA March 25, 2001
- ASMP ST. Louis May 12, 200
- Contact- Toronto's Annual Festival of Photography Toronto, Canada May 16, 2001
- PhotoPlus West June 13-17, 2001 Los Angeles, CA
- The Illustration Conference June 24-27, 2001 Santa Fe, New Mexico
- Santa Fe Photographic Workshops July 15-July 21, 2001 Santa Fe, New Mexico
- Is Copyright an Ancient Practice? August 4, 2001 Chicago
- Colorado ASMP August 11 & 12th, 2001 Denver
- PhotoPlus Expo New York October 31- Nov 1,2001 New York
- PMA February 24- 27, 2002 Orlando, Florida
- Professional Photographers of OH: Taking Digital to the Field March 10, 2002 Columbus, OH
- Boston Graphic Artists Guild March 13, 2002, Boston
- Milwaukee APA — Negotiating March 16, 2002, Milwaukee
- Williston Northhampton School — April 30, 2002, Easthampton, MA
- Popular Photography SICILY May 18-26, 2002, Sicily, Italy
- University of Alaska June 5-9, 2002 Anchorage, Alaska
- Santa Fe Workshops July 14 -20, 2002 Santa Fe, New Mexico
- Apple Store NYC Made on a Mac August 14, 2002 New York, NY
- Professional Photographers of Canada August 17, 2002 Toronto, Canada
- OutReach EP September 24, 2002, Boston
- Professional Photographers of New England September 29, 2002 Sturbridge, MA
- Japan Professional Photographers October 23, 2002 Tokyo, Japan
- PhotoPlus October 31- November 2, 2002 New York, New York

18

- New England School of Photography November 4, 2002 Boston
- Apple Made on a Mac November 9, 2002 Cambridge, MA
- CIPNE Taking Digital to the Field November 11, 2002 Sturbridge, MA
- ASMP Atlanta Taking Digital to the Field November 14, 2002 Atlanta
- PEI Digital Conference January 25, 2003 Atlanta
- ASMP Phoenix Taking Digital to the Field February 5, 2003 Phoenix
- D-65 Digital Workshop with Seth Resnick & Jay Maisel February 7-10 2003, Sedona, AA
- The Road to Corporate Photography:Parsons School of Design New York, March 10, 2003
- PACA Digital Conference April 4, 2003, Montauk Yacht Club, Long Island, NY
- Syracuse University April 9 & 10 2003, Syracuse, New York
- D-65 Digital Workshop May 3-10 2003, New York, New York
- Santa Fe Workshops June 22-28 2003, Santa Fe, New Mexico
- The Light Factory — Taking Digital to the Field July 26,2003 Charlotte, North Carolina
- Boston Graphic Artists Guild September 24 2003, Boston
- PhotoPlus October 30- Nov 1 2003, New York, New York
- APA South Florida- APA Atlanta Taking Digital to the Field November 7 2003, Miami, Fl
- St. Louis ASMP January 24 , 2004 St. Louis Community College at Meramec
- DALLAS,TX February 7, 2004 Hilton Dallas Lincoln Centre PEI
- BOSTON February 12 ,2004 New England School of Photography
- ASMP WASHINGTON,D.C WHEN: Tuesday, March 9th, 2004
- NPPA NORTHERN SHORT COURSE WARWICK, RHODE ISLAND
- ASMP New Orleans WHEN: Tuesday, March 19th, 2004
- APA ATLANTA WHEN: Thursday, May 13th, 2004
- ASMP PHILADELPHIA and The Antonelli Institute WHEN: Thursday, June 24th, 2004
- CANON AND ASMP PORTLAND, OREGON Saturday, August 14th, 2004
- Canon Seattle ASMP -Digital Workflow Sept 2004
- Canon University of The Arts Philadelphia -Digital Workflow October 2004
- Adobe Systems — NYC October 2004
- VNU PhotoPlus The Business of Digital — October 2004

- Canon – Keynote Speaker at ISAP Symposium Washington, D.C. March 2005
- Canon – ASMP New Orleans March 2005
- Canon – ASMP Los Angeles April 2005
- Canon- Portland, Oregon ASMP May 2005
- Canon- Chicago, ASMP June 2000
- Canon – TOPA Travel Convention Salt Lake City August 2005
- Canon – Ringling School Sarasota – October 2005
- Adobe – Workflow – PhotoPlus New York City October 2005
- Adobe – Photographers Council Advisory Board New York City November 2005
- Canon – Art Center College of Design Passadena, CA November 2005
- Canon – Brooks Institute of Photography Santa Barbara, CA November 2005
- Canon – ASMP San Diego November 2005
- The Luminous Landscape – Antarctica Expedition December 2005
- Canon – ASMP LA- Digital R&R May 2006
- Canon – Legal Art Miami May 2006
- Canon Great Lakes Digital Convention Ann Arbor Michigan June 200
- Adobe New York October 2006
- Society of American Travel Writers Santiago Chile October 2006
- Adobe Santiago Chile October 2006
- Canon Divorcing Film New York PhotPlus Convention November 2006
- Canon Raritan Photographic Club Plainsboro, NJ November 2006
- John Deere Corporation – Consulting Ill November 2006
- Luminous Landscape Antarctica Instructor February 2007
- Canon Adorama New York City April 2007
- Society of American Travel Writers Manchester, England October 2007
- Adobe New York October 2007
- Canon VNU PhotoPlus October 2007
- Adobe – Imaging USA Houston  October 2007
- Canon – Imaging USA Tampa January 2008
- Canon – South Florida Camera Club July 2008
- Canon – ASMP Portland, Oregon August 2008
- Greg Gorman Workshop – Mendocino, CA August 2008
- Canon – Adorama New York City September 2008

- Society of American Travel Writers Houston,  October 2008
- VNU PhotoPlus October 2008
- Adobe PhotoPlus October 2008
- Canon St Louis ASMP November 2008
- Canon — Pipeline Masters Hawaii December 2008
- The Luminous Landscape — Antarctica Expedition January 2009
- Canon PPA Statewide New Jersey March 2009
- B&H Photo — NY April 2009
- Greg Gorman Workshop — Mendocino, CA October 2009
- Adobe PhotoPlus October 2009
- Canon PhotoPlus October 2009
- Canon — South Florida Camera Club December 2009
- Canon — ASMP New Orleans December 2009
- Canon — South Florida Camera Club — December 2009
- Canon — Kendall Camera Club -Florida February 2010
- Focus on Nature -Iceland, May 2010
- Canon -Alameda Ca Photographic Society, August 2010
- Canon -Canon Expo- Commercial shooting and Print Signing, New York, September 2010
- Greg Gorman Workshop — Mendocino, CA October 2010
- Canon -Lower Fairfield County Photo Club, CT, October 2010
- Adorama -Creativity Workshop, New York, October 2010
- Canon PhotoPlus October 2010
- Canon -CTPA Convention, Hartford, CT, March 2011
- Oslo Norway -Photoshop Convention, April 2011
- Canon -Creativity Lecture, Austin, Texas April 2011
- ASMP South Florida -The Business of Photography Lecture, May 2011
- Profusion -Creativity, Workflow, Archiving, Business, Toronto, June 2011
- Santa Fe Workshops- How to Create Killer Images July, 2011
- Adobe Pop Up Store San Francisco, July, 2011
- Focus on Nature- Iceland August, 2011
- Florida Professional Photographers, Orlando August, 2011
- ASMP Oregon, August 2011
- Mendocino, Ca, Greg Gorman Workshop, September 2011
- Potamac Valley Nature Photographers, September 2011
- Canon PhotoPlus NY, October, 2011

- PhotoPlus show NY, October, 2011
- Digital Photo Destinations, Antarctica, December, 2011
- Digital Photo Destinations, Patagonia, December, 2011
- Gorillas, Rawanda, February 2012
- Tanzania, February 2012
- Canon -Stockton College, NJ, April 2012
- Canon -ASMP New England, Boston, April 2012
- Namibia,Botswana May 2012
- Profusion -Lightroom, Toronto, June 2012
- Greg Gorman Workshop — Mendocino, CA August 2012
- Digital Photo Destinations, Iceland, August, 2012
- Digital Photo Destinations, Greenland, September, 2012
- Canon, College of Southern Nevada, Creativity, Nov, 2012
- Nature Visions, Keynote and Workshop Virginia Creativity, Nov, 2012
- Digital Photo Destinations, Atacama Desert, November, 2012
- Digital Photo Destinations, Antarctica, February, 2013
- Digital Photo Destinations, Auroras & Ice Caves, Iceland, March, 2013
- Canon, Long Beach City College, Creativity, May, 2013
- Canon, Robert Morris University PA, Creativity, May, 2013
- ASMP South Florida, Creativity, May, 2013
- Profusion -Lightroom, Toronto, June 2013
- Sun Valley Org for The Arts -Creativity, Sun Valley, June 2013
- Santa Fe Workshops Creating Killer Images, July 2013
- California Professional Photographers Convention, August 2013
- Greg Gorman Workshop — Mendocino, CA Sept, 2013
- Digital Photo Destinations, Greenland, Sept, 2013
- Seeing Color & Creating Dynamic Images for Publication, PACA Convention, NYC Oct, 2013
- PhotoPlus Convention, NYC October, 2013
- Digital Photo Destinations, Atacama Desert, Dec, 2013
- Syracuse University for Nikon, January, 2014
- Digital Photo Destinations, Creativity Workshops, Palm Beach Gardens, Jan, 2014
- Digital Photo Destinations, Antarctica Feb, 2014
- Digital Photo Destinations, Iceland, March, 2014
- Digital Photo Destinations, Morocco, March, 2014

- Leica Store, Miami, May, 2014
- ASMP South Florida, June, 2014
- Santa Fe Workshops- How to Create Killer Images August, 2014
- Antarctica Two Visions Seth Resnick & John Paul Caponigro, August, 2014
- Digital Photo Destinations, Art of Creativity, Maine, September, 2014
- Digital Photo Destinations, Art of Processing, Maine, September, 2014
- Creativity, ASMP Oregon & Nikon & B&H, October 2014
- Digital Photo Destinations, Namibia, November 2014
- Digital Photo Destinations, Art of Creativity, Palm Beach Gardens, January, 2015
- Digital Photo Destinations, Art of Processing, Palm Beach Gardens, January, 2015
- Digital Photo Destinations, Advanced Photoshop and Lightroom, Maine, June, 2015
- Digital Photo Destinations, Master Class, Maine, June, 2015
- Digital Photo Destinations, Advanced Photoshop and Lightroom, Palm Beach Gardens, Fl. July 2015, 2015
- Digital Photo Destinations, Art of Creativity, Maine, July, 2015
- Digital Photo Destinations, Art of Processing, Maine, July, 2015
- Greg Gorman Workshop — Mendocino, CA August, 2015
- Digital Photo Destinations, Greenland, Sept, 2015
- Digital Photo Destinations, Iceland, October, 2015
- Social Fabric Collective, New York, October, 2015
- Digital Photo Destinations, Japan, November, 2015
- Syracuse University, Nikon, December, 2015
- Digital Photo Destinations, Art of Creativity, Palm Beach Gardens, February, 2016
- Digital Photo Destinations, Art of Processing, Palm Beach Gardens, February, 2016
- Digital Photo Destinations, Antarctica, February, 2016
- D65, John Deere Company, Corporate Creativity, March, 2016
- Digital Photo Destinations, Atacama Desert, March, 2016
- Digital Photo Destinations, New Zealand, April, 2016
- Digital Photo Destinations, Art of Creativity, Maine, July, 2016
- Digital Photo Destinations, Art of Processing, Maine, July, 2016

- Digital Photo Destinations, Namibia, November, 2016
- Digital Photo Destinations, Antarctica, February, 2017
- Digital Photo Destinations, Art of Creativity, Palm Beach Gardens, February, 2017
- Digital Photo Destinations, Art of Processing, Palm Beach Gardens, March, 2017
- Digital Photo Destinations, Japan, April, 2017
- Digital Photo Destinations, Joshua Tree, May 2017
- Lecture Ibis — Palm Beach , October, 2017
- FotoClave California -Keynote, November, 2017
- Digital Photo Destinations, Death Valley, CA, November, 2017
- Digital Photo Destinations, Art of Creativity, Palm Beach Gardens, January, 2018
- Digital Photo Destinations, Art of Processing, Palm Beach Gardens, January, 2018
- Digital Photo Destinations, Antarctica, February, 2018
- Digital Photo Destinations, Arches, May 2018
- Digital Photo Destinations Spain, June 2018
- B&H Optic 2018, New York, June 2018
- DPI-SIG Naples, Florida, August, 2018
- Digital Photo Destinations, Greenland, October 2018
- Digital Photo Destinations, Art of Creativity, Palm Beach Gardens, January, 2019
- Digital Photo Destinations, Art of Processing, Palm Beach Gardens, January, 2019
- Digital Photo Destinations, Antarctica, February, 2019
- Digital Photo Destinations, Greenland, September 2019
- Keynote Speaker- Columbia Council of Camera Clubs, Vancouver, Washington, Oct 2019
- AlphaUniverse, November 4, 2019
- Digital Photo Destinations, Art of Creativity, Palm Beach Gardens, February, 2020
- Digital Photo Destinations, Art of Processing, Palm Beach Gardens, February, 2020
- Digital Photo Destinations, Antarctica, February, 2020
- Mastermind Podcast with Larry Weidel, April 2021

- Chicago Photo Forum, March 11, 2022
- Siberian Photo Club April 2022
- Californian Northern Council of Camera Clubs October 2022
- Elected to the National Board of ASCRL
- DPD Antarctica Feb 2023
- Ibis Camera Club Florida March 2023
- Named to the Board of Directors ASCRL March 2023
- Syracuse University, March 2023
- Webinar Creativity for Calibrite March 2023
- Keynote Social Fabric Collective March 2024
- Digital Photo Destinations Atacama Desert and Uyuni April 2024
- Publishes 4 Books Musing 1 three 4 — Blurb May 2024
- Show Blue Raven Gallery, Rockland, Maine May 2024
- NPR Interview on ArtScene with Erika Funke May 2024
- Interview Canvas Rebel Magazine- June 2024
- Webinar New England Camera Club Council July 2024
- Mastering The Art of Visual Storytelling -Photographic Society of America, Tucson, Arizona Sept 2024

SETH RESNICK EXPERT WITNESS — PHOTOGRAPHY

- Detailed Report, John Blackmer Photography vs Shadow Creek Ranch Development Company
- Detailed Report, John Blackmer Photography vs. Frank Mueller, Koebig Granite, LP, Koebig Granite GP LLC, Sueba USA Corporation, and Sueba Investments No 22, Ltd., in the United States District Court for the Southern District of Texas, Houston Division.
- Detailed Report, John Blackmer Photography vs. Lipar Group, Inc.; Houston Lipar Ltd.; LGI Development Corp.; and National Land Partners, L.L.C., in the United States District Court for the Southern District of Texas, Houston Division.
- Detailed Report for the usage fees applicable to the photographs presented in Spencer A. Moss v. Leatherbikini.com North Carolina
- Detailed Report for the usage fees applicable to the photographs presented Todd Latimer vs. Roaring Toys, Inc., Robert Fisher, Kawasaki

Motors Corp., USA and Hachette Filipacchi Media U.S., Inc., in the United States District Court for the Middle District of Florida, Tampa Division.

• Detailed report for the usage applicable to the photographs presented in Case No.07-CV-0681; John Blackmer d/b/a John Blackmer Photography v. Shadow Creek Ranch Development Company, et al.; In the United States District Court, Southern District of Texas, Houston Division

• Detailed report for the usage applicable to the photographs presented in Hoeltzell v. Caldera Graphics

PARTIAL CLIENT LIST
  • Apple
  • Aramco
  • American Express
  • American Stock Exchange
  • American Medical Association
  • Ameritech
  • AT&T
  • Barron's
  • Bell Atlantic
  • Ben&Jerry's
  • Bessemer Trust
  • Bitstream
  • BusinessWeek
  • Cabletron
  • Cadence Capital Management
  • Canon
  • Capital Growth Management
  • CDM
  • Corning
  • ComputerWorld
  • Compaq
  • Continental Airlines
  • Conde Nast Traveller
  • Counterpoint
  • CTAM
  • Digital Systems International

- Eaton Vance
- DuPont
- EDS
- Fidelity Investments
- Forbes
- Ford
- Genzyme
- GEO
- General Electric
- Haystack
- Hewlett-Packard
- IBM
- Inc.
- Individual
- Intel
- Interleaf
- Internet World
- Kapor Industries
- Kintana
- Lotus
- Magnavox
- Maimonides Medical Center
- Microsoft
- Money
- Monsanto
- National Geographic
- National Wildlife
- Newsweek
- Peat Marwick
- Philip Morris
- Philips Semiconductor
- Pioneer Investments
- Polaroid
- Premier Elevator
- Putnam Investments
- Prudential Healthcare

- Ryder
- Sun Microsystems
- Smithsonian
- Storage Technology
- Sybase
- The BF Goodrich Company
- The Dial Corp
- The New York Times
- Time Warner
- Travelers
- Travel & Leisure
- Tufts
- Wellington Managment
- Yahoo
- Ziff Davis