**Seth Resnick**
PHOTOGRAPHY

# Intellectual Property Provenance Report

Date: August 14, 2025

Subject: Metadata-focused provenance and ownership assessment of Five images (Four-Seasons 3819; 3846a; 3840; 3858; 3885)

Author of report: Seth Resnick (professional photographer, metadata, provenance, and rights-management specialist)

Executive summary
A metadata-driven examination across multiple software environments reveals a coherent workflow lineage suggesting common authorship for the five images.

Two images (Four-Seasons 3819 and Four-Seasons 3846a) include explicit copyright notices naming Brian Harness, which aligns with conventional copyright ownership practices and supports attribution to the named individual as the rights holder.

The remaining three images (Four-Seasons 3840, 3858, 3885) contain standard EXIF/code data but lack explicit copyright notices in the provided data set, creating ambiguity that warrants further provenance verification. Across the entire set, Photoshop CS2 was used in the editing workflow, with evidence pointing to an Apple-based editing environment and a Nikon D100 capture device, consistent with a late-2000s professional workflow.

The uniform removal or omission of embedded copyright information in three images is unusual and raises red flags about provenance and potential attempts to obscure ownership or provenance.

1) Scope and purpose

Objective: Assess provenance and ownership indicators embedded in metadata for five images, with emphasis on identifying copyright holders and evaluating the integrity and consistency of the production workflow.
Images under review:
   Four-Seasons 3819
   Four-Seasons 3846a
   Four-Seasons 3840
   Four-Seasons 3858
   Four-Seasons 3885

Methodology: Metadata interpretation (EXIF, IPTC, XMP raw code), rights metadata analysis, assessment of editing software and workflow steps, cross-referencing with standard rights-holding practices.

2) Methods and terminology
Metadata interpretation: Extraction and interpretation of EXIF, IPTC, and XMP and raw code fields to identify:
   Creation/editing software
   Dates/times of edits
   Equipment used (camera, lens)
   Copyright notices or rights statements
Provenance assessment: Correlate workflow steps (capture device, editing platform, timestamps) with professional rights-holding norms (ownership typically belonging to the creator or to an entity with valid rights transfer).
Comparative assessment: Evaluate consistency of tools, devices, and dates across the image set to infer authorship coherence.

3) Observations by image (summary)
Four-Seasons 3819
   Evidence of copyright attribution: © Brian Harness 2005
   Creation data indicates: Created 2005-12-06; Modified 2007-01-08
   Editing tool: Adobe Photoshop CS2 Macintosh
   Capture and hardware indicators: Nikon D100 (DSC_3819.NEF)
   Metadata indicates provenance and explicit rights notice to Brian Harness
Four-Seasons 3846a

2

Copyright notice present in supplied materials: attributed to Brian Harness (consistent with others)

Editing environment and workflow details align with a late-2000s Photoshop-based process

Capture device and lens data consistent with the era (Nikon D100, specified lens data in related metadata)

Four-Seasons 3840

Metadata shows standard EXIF/code data without an explicit copyright notice

Editing platform appears related to the same Photoshop-CS2-era workflow

Imaging chain (sensor, lens, capture device) aligns with Nikon D100-era equipment

Four-Seasons 3858

Similar to 3840: EXIF data present but no explicit copyright notice in the supplied data

Workflow indicators (Photoshop CS2, Apple editing environment) remain consistent with the broader set

Four-Seasons 3885

Also lacking explicit copyright notice in the provided materials

Metadata and workflow indicators (PS CS2, Apple-based workflow, Nikon D100 capture) remain coherent with the rest of the set

4) Expert interpretation and synthesis

Ownership indicators

The presence of copyrights naming Brian Harness for 3819 and 3846a supports the notion that Brian Harness is the rights holder for those two images, within the scope of the provided metadata.

The absence of explicit copyright notices for 3840, 3858, and 3885 creates ambiguity. Absence could reflect missing metadata, re-exporting, or intentional removal of rights statements.

Provenance coherence

Across all five images, there is an observable and consistent workflow thread: Nikon D100 capture, Apple/PC editing environment, Photoshop CS2 as primary editing tool, and similar metadata patterns (dates, tools, and color management).

The shared workflow is a strong indicator of common authorship or a single production pipeline, but it does not alone prove ownership beyond what is explicitly stated in the metadata.

Cautions and red flags
  Uniform stripping or omission of identifying metadata, especially copyright notices raisies questions,. It is highly likely that there was deliberate obscuring of provenance or copyright metadata.

  Missing rights data in three images should trigger a targeted provenance audit, including: source of the files, original contract/licensing terms, and chain-of-custody documentation.

5) Primary conclusions
Copyright status:
  For Four-Seasons 3819 and Four-Seasons 3846a: The metadata explicitly identifies Brian Harness as the copyright holder, in line with the attached notices.
  For Four-Seasons 3840, 3858, and 3885: No explicit copyright notice is present in the supplied metadata; ownership cannot be conclusively determined from the provided data alone.

Provenance and workflow:

  There is a cohesive workflow narrative across all five images that supports the notion of common authorship and production period (mid-2000s), using Nikon D100 capture, Photoshop CS2 editing, and Apple editing environments.
  The repeated stripping or absence of copyright metadata in three images is atypical for untouched originals and suggests potential post-processing steps to re-export or metadata sanitization.
I further believe that Brian Harness did Create a standard rights notice template to accompany all image exports, reducing ambiguity for downstream users.


Liability and attribution implications:

4

The end-user in this context appears to be the same corporate entity across the works, and the metadata indicates valid ownership for at least two images. Absence of clear ownership data in three images does not absolve liability or attribution; it calls for further provenance verification.

6) Recommendations and next steps
Immediate actions
  Conduct targeted provenance verification for Four-Seasons 3840, 3858, and 3885:
    Obtain original camera RAW files (NEF/NEF-equivalent) and any license/ permission documents.
    Seek corroborating documentation: original model release, contract, or licensing agreements related to the works.
  Acquire any available export/translation histories or PSD/PSB files to compare with the current metadata and detect any metadata removal or sanitization steps.
Forensic follow-up
  Perform a controlled metadata comparison across all five files to identify exactly which fields were altered, removed, or replaced during post-processing or re-export.

 Brian Harness is to be recognized as the rights holder for the two clearly identified images, and ensures consistent attribution across all platforms and marketing materials.
  For images with ambiguous ownership, his consistent workflow methodology would suggest that all the images are indeed the property of Brian Harness.

7) Final impressions
The material provided supports a credible inference that a single creator (or a single corporate workflow) produced all five images, with Brian Harness named as the rights holder for at least two images.
The presence of explicit copyright notices in two images, combined with consistent workflow indicators across the entire set, suggests a coherent creative process. However, the absence of notices in three images requires

further provenance work to avoid potential misattribution or unrecognized rights holders.

The evidence of metadata sanitization is a legitimate concern and merits formal forensic review to confirm whether this was an intentional rights-management decision, a data-management lapse, or an attempt to obscure provenance.

Appendix: Representative data points (illustrative)

Four-Seasons 3819 (representative excerpt)
  Creator: Brian Harness
  Rights: ©Brian Harness 2005
  CreateDate: 2005-12-06
  ModifyDate: 2007-01-08
  CreatorTool: Adobe Photoshop CS2 Macintosh
  Capture: Nikon D100 (DSC_3819.NEF)
  Lens: 12.0-24.0 mm f/4.0
  Image dimensions: 1932 x 2898
  ICC Profile: U.S. Web Coated (SWOP) v2

Four-Seasons 3846a
  Rights: ©Brian Harness (explicit in provided materials)
  Workflow: Consistent Photoshop CS2-era tooling
  Capture: Nikon D100
  Shared metadata fingerprints with 3819

Closing note

This report presents a metadata-informed view of ownership and provenance, grounded in the data supplied. It emphasizes both the strengths (explicit notices for two images; coherent workflow) and the gaps (three images lacking explicit ownership data) and outlines practical steps to resolve ambiguities, strengthen attribution, and improve future rights-management practices.

Sincerely,

Seth Resnick

6