# CURRICULUM VITAE☆ DANA ANDREW LEJUNE

Dana Andrew LeJune was born in Beaumont, Texas in 1956 into a Cajun, rice share-cropping family. He graduated from French High School there in 1975. In 1976 he began his undergraduate studies at the University of Texas at Austin, and contracted mononucleosis so badly that he was made to withdraw. Three years later received his B.A. in History/Government from Lamar University. He taught Government and History at French High School through May 1979, when he began law school.

Mr. LeJune attended South Texas College of Law and graduated with a J.D. in December, 1982, after having published a maritime law article in the August, 1982 South Texas Law Journal. He took the February, 1983 Texas Bar Exam, and was licensed to practice law in Texas on Lucky Friday, May the 13th of 1983. After working for a small, civil litigation firm for a short period of time, he began the solo practice of law in late 1983. From 1994 - March, 2003, Mr. LeJune partnered with Jeffrey R. Singer, a Baylor Law Graduate, in the firm, LEJUNE & SINGER, LLC. Late in the partnership tenure, Mr. Singer moved his home from Sugar Land to Richmond, Texas, and opened his own office in Sugar Land, Texas, while Mr. LeJune kept his practice in Houston. Monsieurs LeJune and Singer continue to associate on cases and remain good friends.

Mr. LeJune is "AV" rated by Martindale-Hubbell, the highest ("Preeminent") rating by the oldest, most respected legal professional evaluator in America. Mr. LeJune is admitted to practice before the **United States Supreme Court** (9/2/1988), **Fifth Circuit Court of Appeals** in New Orleans (7/17/87), **Seventh Circuit Court of Appeals** (1/6/2017), He is also admitted to practice in the following Federal Courts across the country: Eastern and Western District of **Arkansas** (6/5/2008 respectively), District of **Colorado** (12/31/2001), Northern District of **Illinois** (4/2016), Northern District Court of **Indiana** (02/02/2006), Eastern and Western Districts of **Michigan** (03/2013 and 02/05/2009 respectively), District of **Nebraska**  (02/12/2008), **Eastern, Western and Middle Districts of North Carolina** (6/24/2016, 6/21/16, and 6/27/2016 respectively), Northern District Court of **Ohio** (5/12/2014), Western District of **Tennessee** (01/29/2009), Eastern, Western, Northern and Southern Districts of **Texas** (1/13/1984, 4/20/11, 10/11/1991, and 10/3/1983 respectively), and the Eastern and Western Districts of **Wisconsin** (05/28/2004 and 07/07/2008, respectively).  Mr. LeJune is licensed to practice in all  in all Texas State Courts and State Courts of North Carolina.

At various periods over the years, Mr. LeJune has been a member of the following professional organizations: The Houston Bar Association, American, Texas and Houston Trial Lawyers Associations, Houston Young Lawyers Association, American Bar Association, National Employment Law Association, Houston Intellectual Property Law Association, National Employment Lawyers Association, Texas Employment Lawyers Association, and State Bar College of Texas. In 1998, the State Bar of Texas Grievance Committee appointed him to sit on the District 4E-15 Panel in preliminary judgment of grievances filed by consumers against local attorneys through the year 2001.  In 2001 he was elected chairman of that committee and served in that capacity until term limits applied in 2003. In 2015, Mr. LeJune was appointed to serve on the Texas State Bar's Unauthorized Practice of Law Committee, District 04.

Mr. LeJune became Board-Certified by the Texas Board of Legal Specialization in Civil Trial Law in 1991 and has maintained that certification ever since. He has served on the boards of various charitable and corporate boards, including local Public Radio Stations. Mr. LeJune regularly handles, litigates and tries many types of civil cases, including business litigation (breach of contract, partnership liability, shareholder actions, and claims involving non- competition, antitrust and unfair competition), and labor and employment (wrongful termination, age, race and sex discrimination, sexual harassment including hostile work environment and/or *quid pro quo* retaliatory discharge, labor code including FLSA, *qui tam* and whistle-blower) matters; cases involving consumer law and deceptive trade practice (home and car defect and "rip-offs"); trademark and copyright infringement cases (involving primarily professional photographers, architects, draftsmen, illustrators, design, public relations firms, and advertising agencies), personal injury cases -- automobile collisions, product liability (defective products), nonsubscriber workplace injuries (on-the-job injuries where the employer does not have workers compensation insurance), premises liability such as inadequate security and slip/trip and falls) -- and professional negligence cases (medical, architectural, accounting and legal malpractice).

For many years he has been a "recommended attorney" for the Texas Chapter of the American Society of Media Photographers, and has represented many members of that organization. He has also represented nonmember photographers, as well as graphic and web designers, authors, illustrators, musicians, programmers, homebuilders, manufacturers, architects and home plan designers, public relations firms, and advertising agencies in copyright matters since 1983.

In 2009 he authored and presented, *"Copyright for the General Practitioner... Oops!"* to the Houston Bar Association, and to a Communications Law Class at University of Houston.